IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
) **Case No. 3:19-bk-05006**
BHARAT K PATEL ) **Chapter 11**
) **Judge Walker**
)
)
)
    **Debtor.** )

## ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT

To the Debtor, his creditors, and other parties-in-interest:

A Disclosure Statement and Original Chapter 11 Plan having been filed under Chapter 11 of the Bankruptcy Code by the Debtor on or about August 13, 2020, it is **ORDERED** and **NOTICE** is hereby given that:

1) The hearing to consider approval of the Disclosure Statement shall be held at _____ on _____, at _____ a.m.

2) _____ is fixed as the last day for filing and serving in accordance with Rule 3017(a) of the Federal Rules of Bankruptcy Procedure written Objections to the Disclosure Statement.

3) Within _____ days after the entry of this Order, the Debtors shall transmit the Disclosure Statement and Original Chapter 11 Plan to the Debtor, Trustee, United States Trustee, each committee appointed pursuant to Section 1102 of the Bankruptcy Code, and any creditor and party-in-interest who has requested or requests in writing a copy of the Disclosure Statement and Original Chapter 11 Plan.

4) Request for copies of the Disclosure Statement and Original Chapter 11 Plan shall be

mailed to the Debtors, c/o Steven L. Lefkovitz, 618 Church Street, Suite 410, Nashville, Tennessee 37219.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtors
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300  Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com