```
Charles M. Walker
U.S. Bankruptcy Judge
       Dated: 8/17/2020
```



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:19-bk-05006 |
| BHARAT K PATEL ) | Chapter 11 |
| ) | Judge Walker |
| Debtor. ) | |

**ORDER AND NOTICE OF HEARING ON FIRST AMENDED DISCLOSURE STATEMENT**

To the Debtor, his creditors, and other parties-in-interest:

A First Amended Disclosure Statement and First Amended Chapter 11 Plan having been filed under Chapter 11 of the Bankruptcy Code by the Debtor on or about August 14, 2020, it is **ORDERED** and **NOTICE** is hereby given that:

1) The hearing to consider approval of the First Amended Disclosure Statement shall be held at  Hearing will be held telephonically.  on  September 29, 2020 , at  10:00  a.m. The call-in information is as follows: Call-In Number is 888-363-4749; Access Code is 7250422#.

2)  September 18, 2020  is fixed as the last day for filing and serving in accordance with Rule 3017(a) of the Federal Rules of Bankruptcy Procedure written Objections to the First Amended Disclosure Statement.

3) Within  3  days after the entry of this Order, the Debtors shall transmit the First Amended Disclosure Statement and First Amended Chapter 11 Plan to the Debtor, Trustee, United States Trustee, each committee appointed pursuant to Section 1102 of the Bankruptcy Code, and any creditor and party-in-interest who has requested or requests in writing a copy of the First Amended Disclosure Statement and First Amended Chapter 11 Plan.

4) Request for copies of the First Amended Disclosure Statement and First Amended Chapter 11 Plan shall be mailed to the Debtor, c/o Steven L. Lefkovitz, 618 Church Street, Suite 410, Nashville, Tennessee 37219.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Debtors
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300 Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-05006    Doc 45    Filed 08/18/20    Entered 08/18/20 08:21:16    Desc Main
Document    Page 2 of 2